Cesidio PELLEGRINO, appellant, v. Clarence L. SMITH COMPANY, respondent. (Supreme Court, Appellate Division, Second Department. January 7, 1916.) Judgment reversed and new trial granted, costs to abide the event. We think that this case, on the present record, does not fall within the doctrine of Citrone v. O'Rourke Eng. Const. Co., 188 N. Y. 339, 80 N. E. 1092, 19 L. R. A. (N. S.) 340. According to plaintiff's testimony there was an assurance by defendant's representative that no danger existed, and a promise of notification when danger should become imminent. This brings the case within the doctrine of Rice v. Eureka Paper Co., 174 N. Y. 385, 66 N. E. 979, 62 L. R. A. 611, 95 Am. St. Rep. 585. Jenks, P. J., and Thomas, Carr, Mills, and Rich, JJ., concur.

PEOPLE, etc., Respt., v. Vincenzo ACENS, Applt. (Supreme Court, Appellate Division, First Department. January 21, 1916.) Judgment affirmed. No opinion. Order filed.

PEOPLE, Respondent, v. ALEX, Appellant. (Supreme Court, Appellate Division, Second Department. December 8, 1915.) Proceeding by the People of the State of New York against August Alex. No opinion. Motion denied. See, also, 155 N. Y. Supp. 1130.

PEOPLE, Respondent, v. BADOLATO, Appellant. (Supreme Court, Appellate Division, Second Department. December 10, 1915.) Proceeding by the People of the State of New York against Antonio Badolato. No opinion. Order of the County Court of Kings County affirmed, with $10 costs and disbursements. See, also, 156 N. Y. Supp. 1138.

PEOPLE, Appellant, v. BADOLATO, Respondent. (Supreme Court, Appellate Division, Second Department. December 10, 1915.) Proceeding by the People of the State of New York against Antonio Badolato. No opinion. Order of the County Court of Kings County reversed, with $10 costs and disbursements, and motion denied, with $10 costs. While the order of forfeiture of the undertaking stands in full force, there is no meritorious defense to this action. See, also, 156 N. Y. Supp. 1138.

PEOPLE, etc., Respt., v. Gene BEAUMONT, Applt. (Supreme Court, Appellate Division, First Department. December 24, 1915.) Judgment affirmed. No opinion. Order filed.

PEOPLE of the State of New York, respt., v. Joseph BROWN, applt. (Supreme Court, Appellate Division, Third Department. January 5, 1916.) Judgment of conviction unanimously affirmed.

PEOPLE of the State of New York, respt. v. Hiram COLE, applt. (Supreme Court, Appellate Division, Fourth Department. January 5, 1916.) Motion granted and appeal dismissed.

PEOPLE of the State of New York, respondents, v. Ralph DANA, appellant. (Supreme Court, Appellate Division, Second Department. January 7, 1916.) Judgment of conviction of the County Court of Kings County affirmed by default. Jenks, P. J., and Thomas, Stapleton, Mills, and Putnam, JJ., concur.

PEOPLE of the State of New York, respondents, v. Leo FRIEDMAN, appellant. (Supreme Court, Appellate Division, Second Department. December 24, 1915.) Judgment of conviction of the County Court of Kings County affirmed. No opinion. Jenks, P. J., and Thomas, Stapleton, Rich, and Putnam, JJ., concur. See, also, 154 N. Y. Supp. 298.

PEOPLE, etc., Respt., v. George GARFALO, Applt. (Supreme Court, Appellate Division, First Department. December 30, 1915.) Judgment affirmed. No opinion. Order filed.

PEOPLE of the State of New York, respt., v. Mary GUILEY, applt. (Supreme Court, Appellate Division, Fourth Department. December 8, 1915.) Judgment and orders affirmed. All concur.

PEOPLE of the State of New York, respondents, v. Julius HARRIS, appellant. (Supreme Court, Appellate Division, Second Department. December 17, 1915.) There is no competent evidence that the certificate or transcript or affidavit is false or forged, so as to bring the case within the Penal Law (Consol. Laws, c. 40), or that it is purchased, fraudulently issued, counterfeited or materially altered, so as to bring it within the Public Health Law (Consol. Laws, c. 45). Judgment of conviction of the County Court of Westchester County reversed, and a new trial ordered. Jenks, P. J., and Thomas, Stapleton, Rich, and Putnam, JJ., concur.

PEOPLE of the State of New York, respt., v. Charles HOEFFLER, applt. (Supreme Court, Appellate Division, Fourth Department. January 5, 1916.) Appeal dismissed upon stipulation filed.

PEOPLE, etc., Respt., v. Adolph KEITEL, Applt. (Supreme Court, Appellate Division, First Department. January 21, 1916.) Judgment affirmed. No opinion. Order filed.

PEOPLE of the State of New York, respt., v. Thomas KERR, impleaded, etc., applt. (Supreme Court, Appellate Division, Fourth Department. January 22, 1916.) Judgment of conviction reversed and new trial granted, upon the ground that the verdict is against the weight of the evidence upon the question of defendant's attempt to commit robbery. All concur.

PEOPLE, etc., Respt., v. Charles McDONALD, alias Gondorf, Applt. (Supreme Court, Appellate Division, First Department. December 30, 1915.) Judgment and order affirmed. No opinion. Order filed.